HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> PIONEER SQUARE BRANDS INC. d/b/a BRENTHAVEN AND VAULT (collectively, "PSB"), <br><br> Defendant. | Case No. 2:24-cv-00084-DGE <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> <u>**Note On Motion Calendar:**</u> <br> March 12, 2024 |

**IT IS HEREBY ORDERED:**

The requested Unopposed Motion for Extension of Time to Respond to Complaint is GRANTED.

The March 14, 2024 deadline for Defendant Pioneer Square Brands Inc. to respond to the complaint is hereby extended by 29 days until April 12, 2024.

DATED this 13th day of March, 2024.

David G. Estudillo
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME        - 1 -
Case No. 2:24-CV-00084-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

Presented by:

FENWICK & WEST LLP

<u>s/David K. Tellekson</u>
David K. Tellekson, WSBA No. 33523
Jonathan G. Tamimi, WSBA No. 54858
Hannah S. Reid, WSBA No. 61421
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:   206.389.4510
Facsimile:    206.389.4511
Email:         dtellekson@fenwick.com
                   jtamimi@fenwick.com
                   hreid@fenwick.com

Attorney for Plaintiff
NATIONAL PRODUCTS INC.

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME          - 2 -
Case No. 2:24-CV-00084-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE   206.389.4511